# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GULF ISLAND SHIPYARDS, LLC

VERSUS

HORNBECK OFFSHORE SERVICES, LLC

NO.  2020 CW 0308

**MAY 7, 2021**

---

In Re:    Zurich American Insurance Company and Fidelity Deposit Company of Maryland, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2018-14866.

---

**BEFORE:  PENZATO, LANIER, AND HESTER, JJ.**

**STAY LIFTED; WRIT DENIED.**  The stay previously ordered by this court is lifted pursuant to the relator's correspondence that the automatic stay imposed by 11 U.S.C. 362 has been lifted.

**WIL**
**CHH**


**Penzato, J.,** concurs and would decline to exercise supervisory jurisdiction.  The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) *(per curiam)* are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT